UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES LOY,

      Plaintiff,

v.                                          Case No. 3:20-cv-672-BJD-MCR

VACATION RENTAL PROS
PROPERTY MANAGEMENT
LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 13; Stipulation) filed on February 18, 2021. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 22nd day of February, 2021.

_____
BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record